# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| GARY ABELAR, | CASE NO. 07cv0556 JM(BLM) |
|---|---|
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION RE: GRANTING IN PART AND DENYING IN PART RESPONDENT'S MOTION TO DISMISS |
| vs. | |
| KEN CLARK, Warden, | |
| Respondent. | |

On September 11, 2007 Magistrate Judge Barbara L. Major entered a Report and Recommendation recommending the denial of the motion to dismiss the Petition on the ground that claim two is unexhausted and the granting of the motion to dismiss on the ground that the Petition is untimely ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended that the petition be dismissed as time-barred. Petitioner has filed objections to the R & R ("Objections"). Respondent did not file a reply to the Objections. Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

In his Objections, Petitioner sets forth essentially the same arguments raised in the Petition and addressed in the R & R. Instead of responding to these arguments a second time, the court adopts the R & R in its entirety. The Petition is dismissed as time-barred.

**IT IS SO ORDERED.**

DATED: November 1, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -                                07cv0556