# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ABELAR,<br><br>                                  Petitioner,<br>   vs.<br>KEN CLARK, Warden,<br><br>                                  Respondent. | CASE NO. 07cv0556 JM(BLM)(<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

Petitioner appeals this court's order denying his petitioner for habeas corpus pursuant to 28 U.S.C. §2254. For the reasons set forth in the order, Petitioner fails to make a substantial showing of the denial of a constitutional right. Accordingly, the request for a certificate of appealability is denied. See 28 U.S.C. §2253(c)(2).

**IT IS SO ORDERED.**

DATED: November 6, 2007

                                                               Hon. Jeffrey T. Miller<br>
                                                               United States District Judge

cc:        All parties